IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD C. BONELLA,** | No. C 13-02806 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **HEIDI M. LACKNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until December 24, 2013, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within sixty (60) days of petitioner's receipt of the answer.

Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within sixty (60) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within fourteen (14) days of the date of receipt of any opposition.

Dated:   11/8/2013

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court

1

[Proposed] Order (C 13-02806 SBA (PR))